IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-301-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES THOMAS WEBB, ) | |
| ) | |
| Defendant. ) | |

On January 23, 2014, defendant filed a pro se motion for a copy of his sentencing transcript [D.E. 123]. "An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964) (quotation omitted). Defendant has failed to show a particularized need for the transcript. The motion is DENIED.

Finally, the court notes that the defendant was represented by counsel in connection with his appeal. Defendant may, of course, ask his former counsel for a copy of the sentencing transcript [D.E. 142] that his counsel received concerning his case.

SO ORDERED. This 14 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge