UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-00301-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| JAMES THOMAS WEBB | ) | |

On motion of the Defendant, James Thomas Webb, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry 231 be sealed by this Court.

Accordingly, it is ORDERED that Docket Entry 231 be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This the 13 day of January, 2020.

The Honorable James C. Dever, III
United States District Judge