IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-301-D
No. 5:17-CV-81-D

| | |
|---|---|
| JAMES THOMAS WEBB, | )<br>) |
| Petitioner, | )<br>) |
| v. | )     **ORDER**<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | ) |

On February 25, 2021, James Thomas Webb ("Webb") filed a motion for consideration in multi district litigation [D.E. 243] and attached 129 pages to his motion. In his motion, Webb references Puerto Rice v. SS Zoe Colocomtroni, 601 F.2d 39 (1st Cir. 1979), United States v. Cotton, 535 U.S. 625 (2002), Liu et al v. Sec. and Exch. Comm'n, 140 S. Ct. 1926 (2020), Fed. R. App. P. 12.1, Fed. R. App. P. 62.1, and Fed. R. Civ. P. 60(b). Webb again seeks to have his criminal case in this court (which is final) terminated because it was not consolidated with a Securities and Exchange Commission case against him in Florida.

The court has reviewed the record. The court denies Webb's motion [D.E. 243] as baseless. Likewise, the court denies as baseless Webb's motions at [D.E. 246, 247].

In sum, the court DENIES Webb's motions [D.E. 243, 246, 247].

SO ORDERED. This 11 day of June 2021.

JAMES C. DEVER III
United States District Judge