IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-301-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES THOMAS WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

On July 6, 2021, James Thomas Webb moved for reconsideration [D.E. 251]. The court DENIES as baseless Webb's motion for reconsideration.

SO ORDERED. This 6 day of July 2021.

JAMES C. DEVER III
United States District Judge