IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-301-D
No. 5:17-CV-81-D

| | |
|---|---|
| JAMES THOMAS WEBB, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On December 10, 2021, James Thomas Webb ("Webb") filed a motion regarding dismissal of his section 2255 motion and denial of a rehearing. See [D.E. 253]. Webb again seeks to have his criminal case in this court (which is long over) terminated and asks the court to reconsider his section 2255 motion. Id. Webb's motion [D.E. 253] is baseless and is DENIED.

SO ORDERED. This 14 day of January, 2022.

JAMES C. DEVER III
United States District Judge